# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 83 MM 2019

Respondent   :

v.   :

DALLAS RAY VAVRA,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the "Habeas Corpus-Application for Relief" and Application for Appointment of Appellant Counsel are DENIED.